E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section
California State Bar No. 275093
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-7388   Fax: (213) 894-7819
    Email: ross.cuff@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
11/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. LACV23-01233-RGK-JPRx<br><br>SEALED DOCUMENT<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS, AUSA
   Chief, Civil Division
3  ROSS M. CUFF, AUSA
   Chief, Civil Fraud Section
4  California State Bar No. 275093
        Room 7516, Federal Building
5       300 N. Los Angeles Street
        Los Angeles, California 90012
6       Tel: (213) 894-7388   Fax: (213) 894-7819
        Email: ross.cuff@usdoj.gov
7
   Attorneys for the United States of America
8

FILED
CLERK, U.S. DISTRICT COURT
11/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* MICHAEL S. LEE, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, LOS ANGELES; and UNIVERSITY OF CALIFORNIA, LOS ANGELES RONALD REAGAN MEDICAL CENTER, <br><br> Defendants. | No. LACV23-01233-RGK-JPRx <br><br> NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION <br><br> **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** <br><br> [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER RE UNSEALING OF CASE] |

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California False Claims Act, Cal. Gov. Code § 12652(a)(3)(B), the United States of America ("United States") and the State of California ("California") (together, the "Governments") notify the Court of their decision not to intervene in the above-captioned action ("this action").

Although the Governments decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff Michael S. Lee, M.D. (the "relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). California Government Code § 12652(c)(1) similarly provides that "the action may be dismissed only with the written consent of the court and the Attorney General or prosecuting authority of a political subdivision." Therefore, the Governments request that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the Governments with notice of the same, and the Court provide the Governments with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and California Government Code § 12652(f)(1), the Governments request that all pleadings filed in this action be served upon the Governments; the Governments also request that orders issued by the Court in this action be sent to the Governments' counsel. The Governments reserve their right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The Governments also request that they be served with all notices of appeal in this action.

Finally, the Governments request that the Relator's Complaint, this Notice, and the accompanying proposed Order be unsealed. The Governments further request that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the Governments' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: November 7, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division

*Ross M. Cuff*

ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
Attorneys for the United States of America

Dated: November 7, 2024

ROB BONTA
Attorney General for the State of California

*Cheryl Shitabata /by RMC*

CHERYL SHITABATA
Deputy Attorney General
Division of Medi-Cal Fraud & Elder Abuse
California Department of Justice

PROOF OF SERVICE BY EMAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 7, 2024, I served the NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION on each person or entity named below by email pursuant to Federal Rule of Civil Procedure 5(b)(2)(E).

Date of emailing: November 7, 2024. Place of emailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom emailed:

Nick Jurkowitz
(njurkowitz@fjlawgroup.com)
Anne Schneider
(aschneider@fjlawgroup.com)
Fenton Jurkowitz Law Group LLP
Attorneys for Relator Michael S. Lee, M.D.

Cheryl Shitabata
(Cheryl.Shitabata@doj.ca.gov)
Attorney for Plaintiff State of California

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2024, at Los Angeles, California.

_____
ROSS M. CUFF