FILED
CLERK, U.S. DISTRICT COURT
11/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* [UNDER SEAL], <br><br> Plaintiff[s], <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendant[s]. | No. LACV23-01233-RGK-JPRx <br><br> SEALED DOCUMENT <br><br> **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

FILED
CLERK, U.S. DISTRICT COURT
11/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* MICHAEL S. LEE, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, LOS ANGELES; and UNIVERSITY OF CALIFORNIA, LOS ANGELES RONALD REAGAN MEDICAL CENTER, <br><br> Defendants. | No. LACV23-01233-RGK-JPRx <br><br> [PROPOSED] ORDER RE UNSEALING OF CASE <br><br> **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** <br><br> [FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE UNITED STATES AND CALIFORNIA TO DECLINE INTERVENTION] |

The United States of America ("United States") and the State of California ("California") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B) and Cal. Gov. Code § 12652(a)(3)(B), the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the relator shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States and California to Decline Intervention are both unsealed, and the relator shall serve both upon the defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States and California as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1); and

//
//
//
//
//
//
//
//

6. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and California with notice of the same and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: 11/12/2024

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE